MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103 (fax)
E-mail: mrlozeau@lozeaulaw.com

ANDREW L. PACKARD (State Bar No. 168690)
MICHAEL P. LYNES (State Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CONTRA COSTA WASTE SERVICE RECYCLING CENTER AND TRANSFER STATION, a corporation.<br><br>Defendant. | Case No. C07- 04484<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: September 27, 2007  _____
                                            Douglas J. Chermak
                                            Counsel for Plaintiff

**PROOF OF SERVICE**

I, Douglas J. Chermak, declare as follows: I am a resident of the State of California, residing and employed in Alameda, California. I am over the age of 18 years and am not a party to the above-entitled action. My business address is 1516 Oak Street, Suite 216, Alameda, California, 94501. On September 27, 2007, I served a true copy of **PETITIONERS' CONSENT TO PROCEED BEFORE A UNITED STATE MAGISTRATE JUDGE** by placing a true copy in a sealed envelope with postage thereon fully prepaid, in the United States mail at Alameda, California addressed as follows:

> Joseph B. Adams
> Counsel for Defendant, Contra Costa Waste Service
> Recycling Center and Transfer Station
> Bassi Martini Edlin & Blum
> 351 California Street, Suite 200
> San Francisco, CA 94104

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 27th day of September, 2007, at Alameda, California.

_____
Douglas J. Chermak