MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103 (fax)
E-mail: mrlozeau@lozeaulaw.com

ANDREW L. PACKARD (State Bar No. 168690)
MICHAEL P. LYNES (State Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

FRED BLUM (State Bar No. 101596)
JOSEPH ADAMS (State Bar No. 194964)
Bassi Martini Edlin & Blum
351 California Street, Suite 200
San Francisco, CA 94104
Tel: (415) 397-9006
E-mail: fblum@bmeblaw.com

Attorneys for Defendant
CONTRA COSTA WASTE SERVICE RECYCLING CENTER AND TRANSFER STATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>CONTRA COSTA WASTE SERVICE RECYCLING CENTER AND TRANSFER STATION, a corporation.<br><br>    Defendant. | Case No. 3:07-cv-04484-BZ<br><br>**JOINT NOTICE OF SETTLEMENT IN LIEU OF ADR CERTIFICATION, CASE MANAGEMENT STATEMENTS, AND RULE 26(f) REPORT; STIPULATED REQUEST TO EXTEND THE EXISTING CASE SCHEDULE; [PROPOSED] ORDER**<br><br>Conference: January 7, 2008<br>Time: 4:00 PM<br>Courtroom: G, 15th Floor |

1

Joint Notice of Settlement; Stipulated Request to                            CASE NO. 3:07-cv-04484-BZ
Extend the Existing Case Schedule; [PROPOSED] ORDER

1   Pursuant to Local Rules 6-2, 7-12, 16-2(d)-(e), Plaintiff California Sportfishing
2  Protection Alliance and Defendant Contra Costa Waste Service Recycling Center and Transfer
3  Station hereby notify the Court that the parties have reached a settlement agreement that will
4  fully resolve this litigation.  A true and correct copy of the executed settlement agreement is
5  attached as Exhibit A to the Declaration of Douglas J. Chermak, filed contemporaneously with
6  this Notice and Stipulated Request.  Plaintiff has forwarded the settlement agreement to the
7  United States Environmental Protection Agency and the United States Department of Justice to
8  begin a 45-day review period by those agencies prescribed by Section 505(c)(3) of the Federal
9  Water Pollution Control Act, 33 U.S.C. § 1365(c)(3).  Chermak Dec., ¶ 3; *Id*, Exhibit B.  At the
10 completion of the 45-day agency review period, the parties will file a stipulated request for
11 dismissal requesting the Court to maintain jurisdiction over this matter to enforce the terms of
12 the settlement agreement.  *Id*., ¶ 4 & Exhibit A, ¶ 2.

13   In light of the parties' settlement agreement and the 45-day federal agency review period,
14 the parties further request that the Court accept this notice of settlement in lieu of the Joint ADR
15 Certification, formal joint case management statement, and Rule 26(f) Report required pursuant
16 to the Court's case management order dated August 29, 2007.

17   The parties further request that, in light of the above, the Court extend the initial case
18 management conference currently scheduled for January 7, 2008 for a period of about 70 days,
19 until March 19, 2008, by which date the parties will have filed their stipulated request for
20 dismissal which very likely will obviate the need for preparing either a case management order
21 or Rule 26(f) Report.  Should the case not be dismissed by March 12, 2008, the parties shall file
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

---

Joint Notice of Settlement; Stipulated Request to                                CASE NO. 3:07-cv-04484-BZ
Extend the Existing Case Schedule; [PROPOSED] ORDER

any necessary case management statement and Rule 26(f) Report by March 12, 2008.

Dated: December 21, 2007				Respectfully submitted,

							LAW OFFICE OF MICHAEL R. LOZEAU


							By:	_/s/ *Douglas J. Chermak*_____
								Douglas J. Chermak
								Attorney for Plaintiff
								CALIFORNIA SPORTFISHING PROTECTION
								ALLIANCE


							BASSI, MARTINI, EDLIM & BLUM


							By:	_/s/ *Joseph Adams* (as authorized on 12/21/2007)_
								Joseph Adams
								Attorney for Defendant
								CONTRA COSTA WASTE SERVICE
								RECYCLING CENTER AND TRANSFER
								STATION


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:   _____, 2007				_____
							Hon. Bernard Zimmerman
							United States Magistrate Judge

3