MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103 (fax)
E-mail: mrlozeau@lozeaulaw.com

ANDREW L. PACKARD (State Bar No. 168690)
MICHAEL P. LYNES (State Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

FRED BLUM (State Bar No. 101596)
JOSEPH ADAMS (State Bar No. 194964)
Bassi Martini Edlin & Blum
351 California Street, Suite 200
San Francisco, CA 94104
Tel: (415) 397-9006
E-mail: fblum@bmeblaw.com

Attorneys for Defendant
CONTRA COSTA WASTE SERVICE RECYCLING CENTER AND TRANSFER STATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CONTRA COSTA WASTE SERVICE RECYCLING CENTER AND TRANSFER STATION, a corporation.<br><br>Defendant. | Case No. 3:07-cv-04484-BZ<br><br>**JOINT NOTICE OF SETTLEMENT IN LIEU OF ADR CERTIFICATION, CASE MANAGEMENT STATEMENTS, AND RULE 26(f) REPORT; STIPULATED REQUEST TO EXTEND THE EXISTING CASE SCHEDULE; [PROPOSED] ORDER**<br><br>Conference: January 7, 2008<br>Time: 4:00 PM<br>Courtroom: G, 15th Floor |

1

Joint Notice of Settlement; Stipulated Request to         CASE NO. 3:07-cv-04484-BZ
Extend the Existing Case Schedule; [PROPOSED] ORDER

1   Pursuant to Local Rules 6-2, 7-12, 16-2(d)-(e), Plaintiff California Sportfishing

2  Protection Alliance and Defendant Contra Costa Waste Service Recycling Center and Transfer

3  Station hereby notify the Court that the parties have reached a settlement agreement that will

4  fully resolve this litigation.  A true and correct copy of the executed settlement agreement is

5  attached as Exhibit A to the Declaration of Douglas J. Chermak, filed contemporaneously with

6  this Notice and Stipulated Request.  Plaintiff has forwarded the settlement agreement to the

7  United States Environmental Protection Agency and the United States Department of Justice to

8  begin a 45-day review period by those agencies prescribed by Section 505(c)(3) of the Federal

9  Water Pollution Control Act, 33 U.S.C. § 1365(c)(3).  Chermak Dec., ¶ 3;  *Id*, Exhibit B.  At the

10 completion of the 45-day agency review period, the parties will file a stipulated request for

11 dismissal requesting the Court to maintain jurisdiction over this matter to enforce the terms of

12 the settlement agreement.  *Id*., ¶ 4 & Exhibit A, ¶ 2.

13  In light of the parties' settlement agreement and the 45-day federal agency review period,

14 the parties further request that the Court accept this notice of settlement in lieu of the Joint ADR

15 Certification, formal joint case management statement, and Rule 26(f) Report required pursuant

16 to the Court's case management order dated August 29, 2007.

17  The parties further request that, in light of the above, the Court extend the initial case

18 management conference currently scheduled for January 7, 2008 for a period of about 70 days,

19 until March 19, 2008, by which date the parties will have filed their stipulated request for

20 dismissal which very likely will obviate the need for preparing either a case management order

21 or Rule 26(f) Report.  Should the case not be dismissed by March 12, 2008, the parties shall file

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

2

Joint Notice of Settlement; Stipulated Request to                            CASE NO. 3:07-cv-04484-BZ
Extend the Existing Case Schedule; [PROPOSED] ORDER

any necessary case management statement and Rule 26(f) Report by March 12, 2008.

Dated: December 21, 2007                Respectfully submitted,

                                            LAW OFFICE OF MICHAEL R. LOZEAU


                                        By:   /s/ *Douglas J. Chermak*_____
                                               Douglas J. Chermak
                                               Attorney for Plaintiff
                                               CALIFORNIA SPORTFISHING PROTECTION
                                               ALLIANCE


                                            BASSI, MARTINI, EDLIM & BLUM


                                          By:   /s/ *Joseph Adams* (as authorized on 12/21/2007)
                                               Joseph Adams
                                               Attorney for Defendant
                                               CONTRA COSTA WASTE SERVICE
                                               RECYCLING CENTER AND TRANSFER
                                               STATION


PURSUANT TO STIPULATION, IT IS SO ORDERED.
**New Case Management Conference is set for March 24, 2008 at 4:00 p.m.**

Dated:   Dec. 26 _, 2007                _____
                                                    Hon. Bernard Zimmerman
                                                    United States Magistrate Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Bernard Zimmerman]