MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102    Fax: (510) 749-9103 (fax)
E-mail: mrlozeau@lozeaulaw.com

ANDREW L. PACKARD (State Bar No. 168690)
MICHAEL P. LYNES (State Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227    Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

FRED BLUM (State Bar No. 101586)
JOSEPH B. ADAMS (State Bar No. 194964)
Bassi, Martini, Edlin & Blum
351 California Street, Suite 200
San Francisco, CA  94104
Tel: (415) 403-4404    Fax: (415) 397-1339
E-mail: jadams@bmeblaw.com

Attorneys for Defendant
CONTRA COSTA WASTE SERVICE RECYCLING CENTER AND TRANSFER STATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CONTRA COSTA WASTE SERVICE RECYCLING CENTER AND TRANSFER STATION, a corporation.<br><br>　　　　Defendant. | Case No. 3:07-cv-04484-BZ<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS; [PROPOSED] ORDER GRANTING DISMISSAL [FRCP 41(a)(2)]**<br><br>Conference: n/a<br>Time: n/a<br>Courtroom: n/a |

　　　　WHEREAS, on May 18, 2007, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendant Contra Costa Waste Service Recycling Center and Transfer

Station ("CCWS") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365.

WHEREAS, on August 29, 2007 CSPA filed its Complaint against CCWS in this Court, *California Sportfishing Protection Alliance v. Contra Costa Waste Service Recycling Center and Transfer Station,* Case No. 3:07-cv-04484-BZ.  Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

WHEREAS, CSPA and CCWS, through their authorized representatives and without either adjudication of CSPA's claims or admission by CCWS of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the Settlement Agreement and Mutual Release of Claims ("Settlement Agreement"), without the attached exhibits, entered into by and between CSPA and CCWS is attached hereto as Exhibit 1 and incorporated by reference.

WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has completed and the federal agencies have submitted correspondence to the Court indicating that they have no objection to the terms of the Settlement Agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed. The parties respectfully request an order from this Court dismissing such claims.  In accordance with paragraph 2 of the Settlement Agreement, the parties also request that this Court maintain jurisdiction over the parties through December 15, 2010, for the sole purpose of resolving any

///
///
///
///
///
///
///

Stipulation to Dismiss Plaintiff's Claims;                                                      Case No. 3:07-cv-04484-BZ
[Proposed] Order Granting Dismissal

disputes between the parties with respect to enforcement of any provision of the Settlement Agreement.

Dated: February 13, 2008            Respectfully submitted,

LAW OFFICE OF MICHAEL R. LOZEAU

By:     /s/ Douglas J. Chermak
        Douglas J. Chermak
        Attorney for Plaintiff California Sportfishing
        Protection Alliance

BASSI, MARTINI, EDLIN & BLUM

By:     _____ 2/19/08
        Joseph B. Adams
        Attorney for Defendant Contra Costa Waste Service
        Recycling Center and Transfer Station

Stipulation to Dismiss Plaintiff's Claims;                    Case No. 3:07-cv-04484-BZ
[Proposed] Order Granting Dismissal

**[PROPOSED] ORDER**

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendant Contra Costa Waste Service Recycling Center and Transfer Station, as set forth in the Notice and Complaint filed in Case No. 3:07-cv-04484-BZ, are hereby dismissed.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through December 15, 2010 for the sole purpose of enforcing compliance by the parties of the terms of the Settlement Agreement, attached to the parties' Stipulation to Dismiss as Exhibit A.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2008            _____
                                   Judge Bernard Zimmerman
                                   United States District Judge