UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation<br>    Plaintiff(s),<br><br>v.<br>CONTRA COSTA WASTE SERVCES RECYCLING CENTER AND TRANSFER STATION, a corporation,<br>    Defendant(s). | No. C   3:07-cv-04484-BZ<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 25, 2008

Signature: /s/ JOSEPH B. ADAMS, ESQ.

Counsel for Def. Contra Costa Waste
(Plaintiff, Defendant or indicate "pro se")